UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEDRO SANCHEZ ESTRADA, <br><br> Petitioner, <br> v. <br><br> KATHY MENDOZA-POWERS, Warden, *et al.,* <br><br> Respondents. | Civil No. 05CV2285 JAH(NLS) <br><br> **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS** |

Petitioner, a state prisoner appearing *pro se*, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging his state court conviction and sentence. This Court, on June 26, 2007, found the instant petition contained unexhausted claims, denied petitioner's motion to stay the petition while petitioner returns to state court to exhaust those claims and directed petitioner to choose, no later than July 27, 2007, one of two options for further proceedings in this case. Petitioner failed to choose either of those options. Therefore, this Court, on August 17, 2007, ordered petitioner to file a pleading by September 7, 2007, showing cause why his petition should not be dismissed as unexhausted and advised petitioner that his failure to respond to the order to show cause would result in the instant petition being dismissed without prejudice. As of the date of this Order, petitioner has failed to respond to

//

//

//

1 | the Court's order to show cause.  Accordingly, IT IS HEREBY ORDERED that the instant
2 | petition is **DISMISSED without prejudice**.  The Clerk of Court shall terminate this case.

4 | Dated:      September 10, 2007

_____
HON. JOHN A. HOUSTON
United States District Judge