# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Pedro Sanchez Estrada

        V.                                **JUDGMENT IN A CIVIL CASE**

Kathy Mendoza-Powers, et al.

                                    **CASE NUMBER:**    05CV2285-JAH(NLS)

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

| September 11, 2007 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/J. Petersen |
| | (By) Deputy Clerk |
| | ENTERED ON September 11, 2007 |